UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Robert Grieser

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR- 124 ( ) ( )

Defendant __Robert Grieser__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

(During a phone call on March 9, 2021, Robert Grieser authorized Benjamin Gold to affix his signature to this form).

_Robert Grieser_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Robert Grieser
Print Defendant's Name

_Ben G_
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/10/21
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge