

**U.S. Department of Justice**

**MEMO ENDORSED**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 24, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Robert Grieser*, **21 Cr. 124 (KMK)**

Dear Judge Karas:

On March 10, 2021, the defendant was arraigned, this matter was assigned to this Court, and Judge Krause excluded time under the Speedy Trial Act until March 24, 2021. The Government respectfully submits this letter, with the consent of defense counsel, to request that a status conference be scheduled in this case in approximately 45 days.

The requested conference date is appropriate because the parties have been discussing a resolution for several months and have come close to reaching an agreement regarding a plea. The adjournment will provide the parties with time to finalize plea discussions. In light of the parties' ongoing plea negotiations, as well as the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The Court will hold a conference on 5/26 /21, at 10:00. Time is excluded until then, in the interests of justice, to allow the Parties adequate time to finalize their plea discussions, which have been slowed down by the COVID-19 pandemic. The interests of justice from this exclusion outweigh Defendant's and the public's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

3/24/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s_____

Christopher D. Brumwell
Assistant United States Attorney
917-710-0661