

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 24, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Robert Grieser*, 21 Cr. 124 (KMK)

Dear Judge Karas:

The Government writes, with the consent of defense counsel, to request an approximately 30-day adjournment of the upcoming status conference in this case, currently scheduled for May 26, 2021. The requested adjournment is appropriate because the defendant, at present, intends to plead guilty pursuant to a plea agreement, but the parties need additional time to work out the terms of the plea agreement. The adjournment will provide the parties with time to finalize plea discussions. In light of the parties' ongoing plea negotiations, as well as the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The conference is adjourned until 7/15/21 at 2:30 pm. Time is excluded until then, in the interests of justice, to allow the Parties time to work out their discussions toward a disposition. The interests of justice from this exclusion outweigh the public's and Defendant's interest in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*/s/ K. Karas*
5/24/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s/_____
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477