**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

MEMO ENDORSED

July 13, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Robert Grieser*, **21 Cr. 124 (KMK)**

Dear Judge Karas:

The Government writes, with the consent of defense counsel, to request an approximately 60-day adjournment of the upcoming status conference in this case, currently scheduled for July 15, 2021. The requested adjournment is appropriate because the parties are still actively pursuing plea discussions, which have been delayed, in part, due to the defendant's health issues. The adjournment will provide the parties with time to finalize plea discussions. In light of the parties' ongoing plea negotiations, as well as the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The 7/15/21 conference is adjourned to 9/20/21, at 10:00. Time is excluded until then, in the interests of justice, to allow Defendant to deal with his health issues. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

7/13/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s_____
Christopher D. Brumwell
Assistant United States Attorney
212-637-2477