**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 15, 2021

**BY ECF**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Robert Grieser*, 21 Cr. 124 (KMK)

Dear Judge Karas:

    The Government writes, with the consent of defense counsel, to request an approximately 30-day adjournment of the upcoming status conference in this case, currently scheduled for September 20, 2021. The requested adjournment is appropriate because the parties have reached a plea agreement, and the defendant is scheduled to enter a guilty plea before Judge Krause on September 24, 2021 at 11:30 AM. The adjournment will provide the parties with time to finalize plea discussions. In light of the parties' ongoing plea negotiations, as well as the COVID-19 pandemic and related restrictions on travel and contact, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Granted. The conference is adjourned to 10/20/21, at 3:00. Time is excluded until then, in the interests of justice, to allow the Parties to complete their discussions toward a disposition. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

/s/
9/16/21

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: \_\_\_\_\_/s/\_\_\_\_\_
    Christopher D. Brumwell
    Assistant United States Attorney
    212-637-2477